# United States Court of Appeals
## For the First Circuit

Nos. 25-1698
     25-1755

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; PLANNED PARENTHOOD ASSOCIATION OF UTAH,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in the official capacity as Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES,

Defendants - Appellants.

Before

Gelpí, Montecalvo, and Aframe,
Circuit Judges.

**ORDER OF COURT**

Entered: August 19, 2025

      Defendant-Appellants have filed in this court a "Motion for Stay Pending Appeal" (the "Motion"). Consistent with Federal Rule of Appellate Procedure 8(a), Defendant-Appellants also have filed a motion for stay pending appeal in the district court. That motion remains pending, and the district court has directed Plaintiff-Appellees to file a response by August 21, 2025. The district court indicated that it expected to consider the motion "promptly" after the filing of a response.

      So that the district court may have a full opportunity to address the stay motion before it, the Motion is denied. See generally Fed. R. App. P. 8(a). This denial is without prejudice to filing a renewed stay motion after any relevant ruling at the district court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Indira Talwani
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Donald Campbell Lockhart
Daniel Tenny
Abraham R. George
Steven H. Hazel
Emily Hall
Elisabeth Neylan
Elizabeth Themins Hedges
Bradley Humphreys
Jacob Siler
Alan Evan Schoenfeld
Emily B. Nestler
Sharon Hogue
Albinas Prizgintas
Alexander Miller
Catherine Peyton Humphreville
Cassandra Mitchell
Jennifer Sandman
Kyla Eastling
Thomas Michael Harvey
Nathan Jeremiah Moelker
Olivia F. Summers
Jordan A. Sekulow