# United States Court of Appeals
## For the First Circuit

No. 25-1755

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; PLANNED PARENTHOOD ASSOCIATION OF UTAH,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in the official capacity as Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES,

Defendants - Appellants.

**NOTICE**

Issued: August 29, 2025

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After September 12, 2025, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Jennifer Sandman
Emily Hall
Elizabeth Themins Hedges
Bradley Humphreys

Elisabeth Neylan
Jacob Siler

                                              Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Alistair - (617) 748-4664


cc:
Kyla Eastling
Abraham R. George
Emily Hall
Thomas Michael Harvey
Steven H. Hazel
Sharon Hogue
Catherine Peyton Humphreville
Bradley Humphreys
Donald Campbell Lockhart
Alexander Miller
Cassandra Mitchell
Nathan Jeremiah Moelker
Emily B. Nestler
Elisabeth Neylan
Albinas Prizgintas
Jennifer Sandman
Alan Evan Schoenfeld
Jordan A. Sekulow
Jacob Siler
Olivia F. Summers
Daniel Tenny
Elizabeth Themins Hedges