# United States Court of Appeals
## For the First Circuit

No. 25-1698
    25-1755

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; PLANNED PARENTHOOD ASSOCIATION OF UTAH,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in the official capacity as Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES,

Defendants - Appellants.

Before

Gelpí, Montecalvo, and Aframe,
Circuit Judges.

**ORDER OF COURT**

Entered: September 8, 2025

This matter is before the court on Defendant-Appellants' August 28, 2025, Motion for Stay Pending Appeal (the "Motion") in which they "respectfully request[] that the [c]ourt act on [their] stay request by 5PM on Monday, September 8, so that the government will have sufficient time to seek relief from the Supreme Court, if necessary, before prohibited entities are identified on October 1." Motion at 3. Plaintiff-Appellees filed an opposition to the Motion on Wednesday, September 3, 2025. Defendant-Appellants filed a reply on Friday, September 5, 2025. For the information of the parties, we intend to rule on the Motion promptly.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Daniel Tenny
Abraham R. George
Steven H. Hazel
Emily Hall
Elisabeth Neylan
Elizabeth Themins Hedges
Bradley Humphreys
Jacob Siler
Alan Evan Schoenfeld
Emily B. Nestler
Sharon Hogue
Albinas Prizgintas
Alexander Miller
Catherine Peyton Humphreville
Cassandra Mitchell
Jennifer Sandman
Kyla Eastling
Thomas Michael Harvey
Nathan Jeremiah Moelker
Olivia F. Summers
Jordan A. Sekulow
John J. Bursch
James A. Campbell
Lincoln D. Wilson
Erin Morrow Hawley
Kelsey L. Smith