# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1698, 25-1755    **Short Title:** Planned Parenthood v. Kennedy

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Center for Medical Progress, David Daleiden    as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Jesse Franklin-Murdock    10/3/2025
Signature                     Date

Jesse Franklin-Murdock
Name

Dhillon Law Group Inc.              415-433-1700
Firm Name (if applicable)           Telephone Number

177 Post St., Suite 700
Address                             Fax Number

San Francisco, CA 94108             jfm@dhillonlaw.com
City, State, Zip Code               Email (required)

Court of Appeals Bar Number: 1219645

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).