# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1698, 25-1755      **Short Title:** PPFOA v. Kennedy

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

[see additional sheet] _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ William J. Olson                         October 3, 2025
Signature                                    Date

William J. Olson
Name

William J. Olson, P.C.                       703-356-5070
Firm Name (if applicable)                    Telephone Number

370 Maple Ave W Ste 4                        703-356-5085
Address                                      Fax Number

Vienna, VA 22180                             wjo@mindspring.com
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1215768

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

=====================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

NOTICE OF APPEARANCE FOR AMICUS COUNSEL
ATTACHMENT

Appearance for:

America's Future, U.S. Constitutional Rights Legal Defense Fund, Fitzgerald Griffing Foundation, and Conservative Legal Defense and Education Fund.